**SEALED**

**FILED**

MAY 08 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　　Plaintiff,

　　v.

ROBERT JAMES GUTHRIE,
　AKA "BUBBA"
PRADO ANDRES CORONA,
　AKA "TERMITE"
JOSEPH QUIRARTE,
　AKA "JOE JOE"
FRANCISCO SALGADO,
　AKA "BOUNCER"
MARCOS HERNANDEZ,
　AKA "DANGER"
RAUL HURTADO
ORASIO FIERRO,
　AKA "ACHO"
JOSE RODRIGUEZ
ZEB STEVENS,
　AKA "TROLL"
VINCENT MICHAEL WILLIAMS,
ABRAHAM SIGALA,

　　　　　　Defendants.

1:17MJ00075 SAB

SEALING ORDER

　　For good cause shown, IT IS HEREBY ORDERED THAT:

　　The Complaint in the above-captioned case, together with this ex parte application, the memorandum of points and authorities, the declaration of Kimberly A. Sanchez and this court's sealing order, be kept under seal until the defendants are arrested. The court finds that: (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest. Should less than all

eleven defendants be arrested, the government is permitted to provide a copy of the complaint to the defendants who were arrested with the defendant(s) that remain at large redacted.

DATED 5/8/2017

STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE