John A. Garcia
Attorney At Law, SBN 109192
1120 14th Street, Suite 5
Merced, Ca 95340
Telephone: (209) 723-2170
Email: jaglawmerced@yahoo.com

Attorney for:
Andres Corona Prado

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>          v.<br><br>Andres Corona Prado,<br><br>                      Defendants | CASE NO. 1:17-CR-00135-LJO-SKO<br><br>STIPULATION TO CONTINUE FOR DEFENSE TO PREPARE AND FILE A SENTENCING MEMORANDUM;  REQUEST **DENIED** |

**STIPULATION**

Defendant Andres Corona Prado by and through its counsel of record, Attorney John A. Garcia, and United States of America Represented by Assistant United States Attorney Kimberly Sanchez, hereby stipulate as follows:

1.      By previous order, this matter was set for status on October 21, 2019.

2.      A continuance is requested as in reviewing the PSR report and in preparation for sentencing, Attorney John A. Garcia noted discrepancies in dates and to ensure an accurate accounting is detailed in the PSR, therefore, additional time is needed.  The additional time will also allow defense to prepare and file a sentencing memorandum.

3.      By this stipulation, defendants now move to continue the sentencing hearing until December 2, 2019.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: | | /s/ KIMBERLY SANCHEZ |
| | | KIMBERLY SANCHEZ |
| | | Assistant United States Attorney |

Dated: October 17, 2019                    /s/ JOHN A. GARCIA
                                           JOHN A. GARCIA, ESQ.
                                           Attorney for Andres Corona Prado

**ORDER**

There is not one iota of good cause established in the stipulation to justify a continuance. Distilled to its essence, the request by defense counsel is that he didn't get around to reading the September 9th PSR, and when he did, didn't get around to filing a Sentencing Memo in a timely fashion. The request to continue the sentencing one court day before the scheduled sentencing is inexcusable, and is therefore **DENIED.**

IT IS SO ORDERED.

Dated:  **October 18, 2019**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES CHIEF DISTRICT JUDGE