UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Respondent,<br><br>　　v.<br><br>ANDRES CORONA PRADO,<br><br>　　　　Defendant-Petitioner. | No.  1:17-cr-00135-LJO-SKO<br><br><br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(Doc. No. 443) |

　　　　On November 16, 2020, Andres Corona Prado ("petitioner"), a federal prisoner proceeding *pro se*, filed a petition to vacate, set aside, or correct a sentence ("petition") under Title 28, United States Code, Section 2255, asserting ineffective assistance by his trial counsel. (*See* Doc No. 443.)  Upon preliminary review of the petition, the court believes its decision making would be aided by the filing of a response by the United States ("respondent").

　　　　Accordingly, IT IS HEREBY ORDERED that the respondent shall file a response to the petition by January 25, 2021; and

　　　　IT IS FURTHER ORDERED that petitioner, if he chooses to file a reply, shall have 60 days from the date respondent files its response to submit his reply.

IT IS SO ORDERED.

　　Dated:   **November 23, 2020**　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1