UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>v.<br><br>ANDRES CORONA PRADO,<br><br>Defendant-Petitioner. | No. 1:17-cr-00135-LJO-SKO<br><br>ORDER GRANTING MOTION TO WITHDRAW § 2255 MOTION<br><br>(Doc. No. 447) |

On November 16, 2020, Andres Corona Prado ("petitioner"), a federal prisoner proceeding *pro se*, filed a petition to vacate, set aside, or correct a sentence ("petition") under 28 U.S.C. § 2255, asserting ineffective assistance of trial counsel under the Sixth Amendment. (*See* Doc No. 443.) On November 24, 2020, the court issued a briefing schedule. (Doc. No. 444.) However, on December 17, 2020, petitioner filed a motion requesting to withdraw his petition. (Doc. No. 447.) The government has not filed an opposition, and its response to petitioner's motion is not yet due under the court's briefing schedule.

/////
/////
/////
/////
/////

1

1  Accordingly, the court ORDERS as follows:

2  1. Petitioner's motion to withdraw his § 2255 motion is GRANTED (Doc. No. 447);

3  2. The clerk of the court is directed to TERMINATE the § 2255 motion (Doc. No. 443);
4  and

5  3. All deadlines under the court's briefing schedule (Doc. No. 444) are VACATED.

IT IS SO ORDERED.

Dated:   **January 12, 2021**          /s/ Dale A. Drozd
                                    UNITED STATES DISTRICT JUDGE