HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ANDRES CORONA PRADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00135 LJO-SKO-2 |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| ANDRES CORONA PRADO, | RETROACTIVE CRIMINAL HISTORY REDUCTION CASE |
| Defendant. | Judge: Unassigned |

Defendant, ANDRES CORONA PRADO, by and through his attorney, Assistant Federal Defender Peggy Sasso, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to limit the overall criminal history impact of "status points" by assigning zero status points for offenders with six or fewer criminal history points, and one status point for offenders

with seven or more criminal history points ("status-point provision").  *See* Amendment 821, Part A; *compare* USSG § 4A1.1(d) (2022), *with* USSG § 4A1.1(e) (Nov. 1, 2023).  The United States Sentencing Commission made the status-point provision retroactive beginning February 1, 2024. *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. Mr. Prado received 3 criminal history points based on his past criminal convictions and 2 criminal history points pursuant to former USSG § 4A1.1(d) for a total criminal history score of 5, which placed Mr. Prado in criminal history category III with a recommended guideline range of 168-210 months;

4. On November 12, 2019, this Court sentenced Mr. Prado to a term of 168 months on Count 1 and 60 months on Count 19, to be served concurrently for a total term of 168 months;

5. The sentencing range applicable to Mr. Prado was subsequently lowered by the status-point provision, which reduces his criminal history score to 3, lowering his criminal history category from III to II, resulting in an amended advisory guideline range of 151-188 months;

6. Because Mr. Prado is eligible for a reduction in sentence, the parties request the Court enter the order lodged herewith reducing Mr. Prado's term of imprisonment to 151 months.

Respectfully submitted,

Dated:  January 11, 2024              Dated:  January 11, 2024

PHILLIP A. TALBERT                    HEATHER E. WILLIAMS
United States Attorney                Federal Defender

 */s/ Shelley D. Weger*                 */s/ Peggy Sasso*
SHELLEY D. WEGER                      PEGGY SASSO
Assistant U.S. Attorney               Assistant Federal Defender

Attorney for Plaintiff                Attorney for Defendant
UNITED STATES OF AMERICA              ANDRÉS CORONA PRADO

# ORDER

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Prado is entitled to the benefit of Amendment 821, Part A, the new status point provision, codified at USSG § 4A1.1(e), which reduces his criminal history category from III to II, resulting in an amended guideline range of 151-188 months.

IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b), the term of imprisonment imposed in 2019 is reduced to a term of 151 months, effective February 1, 2024.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Prado shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **January 12, 2024**

_____
UNITED STATES DISTRICT JUDGE